IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40754
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO CELADA-AVILA,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-1096-3
---------------------
July 11, 2001

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Sergio Celada-Silva ("Celada") was convicted of conspiracy to launder monetary instruments, in violation of 18 U.S.C. § 1956(h), and aiding and abetting the laundering of monetary instruments, in violation of 18 U.S.C. §§ 2, 1956(a)(1)(A)(i). He argues that insufficient evidence existed to support his convictions. Celada also argues that the district court erred by failing to admit hearsay under Fed. R. Evid. 804(b)(1).

We conclude that sufficient evidence existed to support Celada's convictions. See United States v. Garcia Abrego, 141 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

142, 160-62 (5th Cir. 1998); <u>United States v. Gallo</u>, 927 F.2d 815, 822 (5th Cir. 1991).  We also conclude that the district court did not abuse its discretion by not admitting hearsay evidence under Fed. R. Evid. 804(b)(1).  <u>See</u> <u>United States v. Atkins</u>, 618 F.2d 366, 373 (5th Cir. 1980).  The judgment of the district court is AFFIRMED.